# UNITED STATES DISTRICT COURT

Southern     **DISTRICT OF**     Texas

**WAIVER OF INDICTMENT**

United States of America

v.

JOSEPH DAVIS

**Case Number:** 4:18-CR-166  901)

Defendant(s)

I, JOSEPH DAVIS, the above-named defendant, who is accused of

Desertion of Mails

Being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on    9/14/18    prosecution by indictment and consent
*Date*
that the proceeding may be by information rather than by indictment.

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

Before: *[signature]*
Judicial Officer