Judge:

It has been confirmed with Joseph Davis's direct supervisor, Shaw Darwish, that he will be able to return to work at FedEx Ground. If any other issues come up regarding employment - the supervisor will notify Mr. Davis' attorney.

Ellen

*Received 12/13/18*
*David Hittner*

*E —*
*"file" this or place in file whichever is appropriate*